UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, | 2:23-cv-02687-KJN |
| Plaintiff, | ORDER |
| v. | |
| BROAN-NUTONE, LLC, | |
| Defendant | |

      This case was assigned to the undersigned under Appendix A, subsection (m), of the court's local rules.  Under the initial scheduling order, each party was required to either consent or decline magistrate judge jurisdiction within fourteen (14) days of removal.  (ECF No. 3 at 2, fn. 1.)  See also 28 U.S.C. § 636(c).  There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  Fed. R. Civ. P. 73(b)(1).

      A review of the docket shows that the parties have not filed their consent/decline forms.  Thus, while the court has received defendant's removal notice and answer along with plaintiff's complaint and demand for jury trial, ECF No. 1, the court is unable to move this litigation forward until each party informs the court whether they consent to magistrate judge jurisdiction.

//////

1

**ORDER**

Accordingly, it is hereby ORDERED that the parties submit their consent/decline forms within seven (7) days of this order.  (See ECF No. 3-1.)

Dated:  December 7, 2023

,csaa.2687

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE