Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Steven A. Scordalakis (Bar No. 293212)
  *sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

Stephanie A. Yee (SBN 172251)
Frank M. Tse (SBN 155653)
Jang & Associates, LLP
2121 N. California Blvd, Suite 290
Walnut Creek, CA 94596
Telephone: (925) 937-1400
syee@janglit.com

Attorneys for Plaintiff
CSAA INSURANCE EXCHANGE
as subrogee of Jason and Traci Nawahine

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Jason Nawahine and Traci Nawahine,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02687-DJC-KJN<br><br>**PARTIES' STIPULATED REQUEST TO MODIFY THE PRE-TRIAL SCHEDULING ORDER; AND ORDER THEREON** |

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders as follows:

February 21, 2025:  Designation of Expert Witnesses

March 21, 2025:  Designation of Rebuttal Expert Witnesses

April 18, 2025:  Close of Expert Discovery

May 16, 2025:  Last Day to File Dispositive Motions

June 26, 2025:  Last Day to Hear Dispositive Motions

September 11, 2025:  Final Pre-Trial Conference

November 3, 2025:  Trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE