Stephanie A. Yee (SBN 172251)
Frank M. Tse (SBN 155653)
**Jang & Associates, LLP**
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 937-1400
*syee@janglit.com*

Attorneys for Plaintiff
CSAA INSURANCE EXCHANGE

Krsto Mijanovic (SBN 205060)
 *kmijanovic@hbblaw.com*
Steven A. Scordalakis (SBN 293212)
 *sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Stret, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, as surbrogee of Traci and Jason Nawahine,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>BROAN-NUTONE LLC and  DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.:  2:23-CV-02687-DJC-CSK<br><br>**PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER(S); AND ORDER THEREON**<br><br>Judge Daniel J. Calabretta |

-1-

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff CSAA INSURANCE EXCHANGE as subrogee of Jason Nawahine and Traci Nawahine (hereinafter "CSAA") and Defendant BROAN-NUTONE, LLC (hereinafter "Defendant")(hereinafter collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that this Court modify the Pre-Trial Scheduling Order and Amended Pre-Trial Scheduling Order (EFC Nos. 10 and 18)("Scheduling Order(s)") to adjust the Last Day to Hear Dispositive Motions by 14 days. Good cause exists as follows:

WHEREAS, on November 24, 2024, this Court issued an order amending its scheduling order pursuant to a stipulation by the parties as follows:

February 21, 2025: Designation of Expert Witness

March 21, 2025: Designation of Rebuttal Expert Witness

April 18, 2025: Close of Expert Discovery

May 16, 2025: Last Day to File Dispositive Motions

June 26, 2025: Last Day to Hear Dispositive Motions

September 11, 2025: Final Pre-Trial Conference

November 3, 2025: Trial.

WHEREAS, both parties intend to file motions to exclude expert witness opinions.

WHEREAS, the last day to hear dispositive motions is June 26, 2025.

WHEREAS, lead counsel for Plaintiff CSAA is on vacation from June 19, 2025 to July 3, 2025.

WHEREAS, a brief amendment of the hearing deadlines would accommodate the parties to schedule a hearing date that does not conflict with vacation plans.

WHEREAS, this is the second request to modify the scheduling order. The

-2-

request will not affect the trial date or the final pre-trial conference date. No parties will be prejudiced by the modification of the scheduling order and/or the requested brief continuance.

THEREFORE, the parties stipulate and agree, and hereby request, that this Court modify the Scheduling Order(s) and issue a new order such that the following should be completed:

July 10, 2025: Last Day to Hear Dispositive Motions

September 11, 2025: Final Pre-Trial Conference

November 3, 2025: Trial.

**IT IS SO STIPULATED.**

Dated: May 15, 2025          JANG & ASSOCIATES, LLP


By:           /s/ Stephanie A. Yee

Stephanie A. Yee
Attorneys for Defendant
CSAA INSURANCE EXCHANGE


Dated: May 15, 2025          HAIGHT BROWN & BONESTEEL, LLP


By:           /s/ Steven A. Scordalakis
Krsto Mijanovic
Steven A. Scordalakis
Attorneys for Defendant
BROAN-NUTONE, LLC

-3-

Case No. 2:23-cv-02687-DJC-CSK
PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER(S); AND ORDER THEREON

# **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders as follows:

July 10, 2025: Last Day to Hear Dispositive Motions

September 11, 2025: Final Pre-Trial Conference

November 3, 2025: Trial.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 15, 2025                             /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE