Stephanie A. Yee (SBN 172251)
Frank M. Tse (SBN 155653)
Jang & Associates, LLP
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 937-1400
syee@janglit.com

Attorneys for Plaintiff
CSAA Insurance Exchange

Krsto Mijanovic (Bar No. 205060)
 kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
 sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, as subrogee of Traci and Jason Nawahine,<br><br>            Plaintiffs,<br>   vs.<br>BROAN-NUTONE LLC and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  2:23-CV-02687-DJC-CSK<br><br>**PARTIES' STIPULATED REQUEST TO EXTEND THE DEADLINE TO DISMISS ACTION; AND ORDER THEREON**<br><br>Judge Daniel J. Calabretta |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff CSAA INSURANCE EXCHANGE as subrogee of Jason Nawahine and Traci Nawahine (hereinafter "CSAA") and Defendant BROAN-NUTONE, LLC (hereinafter "Broan") (hereinafter collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that this Court modify the section of Minute Order, dated October 22, 2025 ("Minute Order"), which states "the parties shall file dispositional documents within forty-five (45) days in accordance with the provisions of E.D. Cal.L.R. 160." Good cause exists as follows:

WHEREAS, on October 22, 2025, the parties gave notice to the Court that the parties had reached a settlement.

WHEREAS, the Court issued the Minute Order requiring the filing of dispositional documents by December 8, 2025.

WHEREAS, it has taken longer than anticipated for the parties to agree upon non-monetary terms of the settlement agreement.

WHEREAS, the parties have agreed to all terms of the settlement and are in the process of completing the settlement terms.

WHEREAS, this is the first request to modify the Minute Order.

WHEREAS, the parties anticipate that it will take an additional 30 days to complete the settlement terms.

THEREFORE, the parties stipulate and agree, and hereby request, that this Court extend the deadline for the parties to file dispositional documents to January 9, 2026.

IT IS SO STIPULATED.

///

///

Dated: December 5, 2025        JANG & ASSOCIATES, LLP

By: /s/ Stephanie A. Yee

Stephanie A. Yee
Attorneys for Plaintiff
CSAA INSURANCE EXCHANGE


Dated: December 5, 2025        HAIGHT BROWN & BONESTEEL LLP

By: /s/ Steven A. Scordalakis
Steven A. Scordalakis
Attorneys for Defendant
BROAN-NUTONE LLC

## **PROPOSED ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders as follows:

The parties shall file dispositional documents in accordance with the provisions of E.D. Cal.L.R. 160 on or before January 9, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  December 5, 2025        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE