Stephanie A. Yee (SBN 172251)
Frank M. Tse (SBN 155653)
**Jang & Associates, LLP**
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: (925) 937-1400
*syee@janglit.com*

Attorneys for Plaintiff
CSAA Insurance Exchange

Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Steven A. Scordalakis (Bar No. 293212)
  *sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, as subrogee of Traci and Jason Nawahine,<br><br>Plaintiffs,<br>vs.<br>BROAN-NUTONE LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-02687-DJC-CSK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL; AND ORDER THEREON**<br><br>Judge Daniel J. Calabretta |

BM07-0000215
15613009.1 -1-

Case No. 2:23-cv-02687-DJC-CSK
PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL; AND ORDER THEREON

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff CSAA
4  INSURANCE EXCHANGE as subrogee of Jason Nawahine and Traci Nawahine
5  and defendant BROAN-NUTONE LLC hereby stipulate, by and between their
6  respective counsel of record, that this action be dismissed, with prejudice, in its
7  entirety, as to all claims, causes of action, and parties, with each party to bear its
8  own attorney's fees and costs.
9  IT IS SO STIPULATED.

10  Dated: January 5, 2026           JANG & ASSOCIATES, LLP

11                                   By: /s/ Stephanie A. Yee

12                                   Stephanie A. Yee
                                     Attorneys for Plaintiff
13                                   CSAA INSURANCE EXCHANGE

15  Dated: January 5, 2026           HAIGHT BROWN & BONESTEEL LLP

17                                   By: /s/Steven A. Scordalakis
                                     Krsto Mijanovic
18                                   Steven A. Scordalakis
                                     Attorneys for Defendant
19                                   BROAN-NUTONE LLC

BM07-0000215
15613009.1 -2-

Case No. 2:23-cv-02687-DJC-CSK
PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL; AND ORDER THEREON

# ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  January 5, 2026         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE